IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                                    CASE NO. 5:10-CR-50022-1

JUAN B. RODRIGUEZ                                           DEFENDANT/MOVANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 83) filed in this case on January 19, 2016,  by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 83) is **ADOPTED IN ITS ENTIRETY**, and Defendant/Movant's Motion to Vacate under 28 U.S.C. § 2255 (Doc. 81) is **DENIED WITHOUT PREJUDICE** to the Defendant filing a § 2241 petition after he has exhausted the Bureau of Prisons' administrative remedies.

IT IS SO ORDERED on this _____ day of February, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE