# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**V.**               **CASE NO. 5:10-CR-50022**

**JUAN B. RODRIGUEZ**                                                  **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 115) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on April 22, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 115) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for Good Time Credit (Doc. 113) is **DENIED**.

**IT IS SO ORDERED** on this 10th day of May, 2019.

    /s/ Timothy L. Brooks
    TIMOTHY L. BROOKS
    UNITED STATES DISTRICT JUDGE